AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Peter Lendway

v.

United States

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-1963 RMC

TO: (Name and address of Defendant)

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter Lendway
215 W. Central Drive
Braham MN 55006
320-396-4621

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                         OCT 26 2005

CLERK                                              DATE

(By) DEPUTY CLERK

RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 2300 2730 0001 4568 4225

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 5.65 .

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_____        11-18-05
Peter Lendway                          Date



Date: 11/15/2005

Peter Lendway:

The following is in response to your 11/15/2005 request for delivery information on your Signature Confirmation item number 2300 2730 0001 4568 4225. The delivery record shows that this item was delivered on 11/08/2005 at 04:58 AM in WASHINGTON, DC 20530 to M PARRIS. There is no delivery signature on file for this item.

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service