Peter Lendway
215 W Central Dr.
Braham, MN 55006

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

Peter Lendway

Case No. 1:05-CV-01963 *RMC*

        Plaintiff(s),

v.

United States

        Defendant.

### APPLICATION FOR PRELIMINARY INJUNCTION
### NOTWITHSTANDING ANTI-INJUNCTION ACT

Plaintiff(s) is/are entitled to injunctive relief beyond reach of 26 U.S.C. §7421, pursuant to LAING v. UNITED STATES, 423 U.S. 161 (1976); ENOCHS v. WILLIAMS PACKING CO., 370 U.S. 1 (1962).

As stated in Enochs, 370 U.S. 1, 8:

> "[I]n general, the Act prohibits suits for injunctions barring the collection of federal taxes *when the collecting officers have made the assessment* and claim that it is valid. Snyder v. Marks, 109 U.S. 189, 194 ." (emphasis added)

As alleged herein (see plaintiffs' complaint ¶ 7), defendants failed make an assessment of income tax(s) against plaintiff(s). This failure renders IRC §7421 inapplicable, as explained in Enochs, 370 U.S. 1, 7:

> The manifest purpose of 7421 (a) is to permit the United

**RECEIVED**

NOV 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

> States to assess and collect taxes alleged to be due without
> judicial intervention, and to require that the legal right to the
> disputed sums be determined in a suit for refund. In this
> manner the United States is assured of prompt collection of
> its lawful revenue. [6] *Nevertheless, if it is clear that under no
> circumstances could the Government ultimately prevail, the
> central purpose of the Act is inapplicable and, under the Nut
> Margarine case, the attempted collection may be enjoined if
> equity jurisdiction otherwise exists. In such a situation the
> exaction is merely in "the guise of a tax." Id., at 509.*
> (emphasis added)

Section 7421 a's inapplicability in the instant case is also supported by LAING,

423 U.S. 161, 162:

> "[B]ecause [IRS] failed to comply with these requirements,
> the taxpayers' suits were not barred by the Anti-Injunction
> Act. Pp. 169-185."

Absent production of a properly executed and recorded Form 23C, the United

States has no possibility of rebutting the claims of plaintiff(s) and Plaintiff(s)

has/have already suffered extreme hardship.

WHEREFORE, Plaintiff(s) respectfully apply for a Preliminary Injunction, barring

defendants from further action pending resolution of the instant case.

Dated: Nov, 22, 2005

Peter Lendway