UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER LENDWAY,                )<br>                                              )<br>        Plaintiff,                        )<br>                                              )<br>    v.                                       )<br>                                              )<br>UNITED STATES,                 )<br>                                              )<br>        Defendant.                   )<br>                                              ) | Civil Action No. 05-1963 (RMC) |

### ORDER TO SHOW CAUSE

On October 3, 2005, Plaintiff Peter Lendway, proceeding *pro se*, filed a complaint against the United States alleging violations of various sections of Title 26 of the U.S. Code. The record reflects that the United States Attorney General and the United States Attorney for the District of Columbia were served via certified mail on November 8, 2005. To date, no attorney has entered an appearance on behalf of the United States.

On November 30, 2005, Mr. Lendway filed an Application for a Preliminary Injunction Notwithstanding the Anti-Injunction Act. Defendant has not filed a response.

Accordingly, it is hereby

**ORDERED** that, on or before March 6, 2006, Defendant shall **SHOW CAUSE** why a preliminary injunction should not issue.

**SO ORDERED**.

Date: February 13, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge