## UNITED STATES DISTRICT COURT
### IN THE DISTRICT OF COLUMBIA

Peter Lendway,

        Plaintiff(s),

v.

United States

        Defendant.

Case No. **1:05-cv-01963** *rm e*

REQUEST FOR ENTRY OF PRELIMINARY INJUNCTION

1. Plaintiff(s) request(s) that preliminary injunction be entered forthwith against defendant.

2. The record shows that plaintiff(s) filed a Motion for entry of Preliminary Injunctive relief on November 30, 2005.

3. The record shows that the court issued an Order to Show Cause against the Defendant on February 13, 2006. to be answered by March 6, 2006.

4. The record shows that the defendants' answer was due on or before March 6, 2006.

5. The record is silent as to defendant requesting an extension of time to answer.

6. The record shows that as of this date defendant has not answered or responded to the aforementioned Order to Show Cause.

7. The record shows that the defendant by not answering or responding is in violation of a lawful order of this court.

8. Wherefore, defendant having not answered or responded in violation of a lawful order of this court plaintiff requests that Preliminary Injunctive relief be issued in favor of the plaintiff forthwith.

RECEIVED
MAY 1 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Dated April 27, 2006

_____
Peter Lendway
215 W Central Dr.
Braham, MN 55006

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated April 27, 2006

_____
Peter Lendway