UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLUMBIA

Peter Lendway,

        Plaintiff(s),

v.

United States

        Defendant.

Case No. 1:05-cv-01963 RMC

REQUEST FOR ENTRY OF DEFAULT

1. Plaintiff(s) request(s) that default be entered forthwith against defendant.

2. The record shows that plaintiff(s) filed a complaint in the instant matter on October 3, 2005;

3. The record shows that plaintiff(s) that the United States Attorney received the summons and complaint on November 8, 2005.

4. The record shows that the defendants' answer was due on or before January 9, 2006.

5. The record is silent as to defendant requesting an extension of time to answer.

6. The record shows that as of this date defendant has not answered the aforementioned complaint nor has defendant defended in this matter whatsoever.

7. The record shows that this court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).



RECEIVED

MAY 1 – 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

8. The record shows that plaintiff(s) are entitled to the aforementioned exception.

Wherefore, the plaintiff(s) being entitled to the aforementioned exception and the court thus having subject matter jurisdiction and the record in this matter being clear as to defendants failure to defend, plaintiff(s) is/are entitled to entry of default forthwith against defendant as a matter of law.

Dated April 27, 2006

Peter Lendway
215 W Central Dr.
Braham, MN 55006


215 W Central Dr.
Braham, MN 55006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Peter Lendway,

        Plaintiff(s),

v.

United States

        Defendant.

Case No. 1:05-cv-01963

ORDER

Having considered the Motion for entry of Default filed by the plaintiffs and the entire record of these proceedings, it is clear to the court that plaintiffs are entitled to entry of default as a matter of law, it is by the Court

    ORDERED that the motion is Granted and it is further

    ORDERED that the clerk shall distribute copies of this order to all parties to this action.

    SO ORDERED this ____ day of _____ 2006

                                      _____
                                      United States District Judge

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated April 27, 2006

_____
Peter Lendway