IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER LENDWAY | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-cv-1963 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Pat. S. Genis as counsel for the United States in this matter.

Date: May 19, 2006.

                                            Respectfully submitted,

                                            /s/ Pat S. Genis
                                            PAT S. GENIS, #446244
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            Post Office Box 227
                                            Washington, D.C.  20044
                                            Tel./Fax: (202) 307-6390/514-6866
                                            email: pat.genis@usdoj.gov

OF COUNSEL:

KENNETH W. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the ENTRY OF APPEARANCE was served on May 19, 2006 by First-Class Mail, postage prepaid, addressed to the following persons:

>PETER LENDWAY
>Plaintiff *pro se*
>215 W. Central Drive
>Braham, MN 55006

>             /s/    Pat S. Genis
>             PAT S. GENIS, #446244