IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER LENDWAY ) | |
| ) | |
| Plaintiff, ) | No. 1:05-cv-1963 (RMC) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO VACATE ENTRY OF DEFAULT,
OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
AND FOR ENTRY OF PRELIMINARY INJUNCTION,
RESPONSE TO THE COURT'S SHOW-CAUSE ORDER, AND
MOTION TO DISMISS COMPLAINT**

DEFENDANT, the United States of America, by and through its attorneys and pursuant to Fed. R. Civ. P. 55(c) and 12(b) moves for relief from the default entered by the Clerk in this case on May 3, 2006, opposes plaintiff's motion for injunction and entry of injunction, responds to the Court's February 13, 2006 order to show cause why a preliminary injunction should not issue and moves for dismissal of plaintiff's complaint.

In response to the Court's order, and as grounds to vacate the default, deny entry of a preliminary injunction, and dismiss the case, the United States asserts the following reasons:

1. plaintiff failed to properly serve the United States with a summons and complaint, and therefore, the Court lacks jurisdiction over the person of the United States;

2. the Court lacks subject matter jurisdiction over the complaint, due to plaintiff's failure to exhaust administrative remedies prior to filing his suit; and

3. injunctive relief is barred by the Anti-Injunction Act.

The foregoing grounds for relief are more fully set forth and discussed in a memorandum of law served and filed herewith.

The specific relief sought by this motion is vacation of the default entered on May 3, 2006 and dismissal of the complaint.

Date: May 18, 2006.

Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Tel./Fax: (202) 307-6390/514-6866
email: pat.genis@usdoj.gov

OF COUNSEL:

KENNETH W. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' MOTION TO VACATE ENTRY OF DEFAULT; OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND FOR ENTRY OF PRELIMINARY INJUNCTION; RESPONSE TO THE COURT'S SHOW-CAUSE ORDER; AND MOTION TO DISMISS COMPLAINT was served on May 18, 2006 by First-Class Mail, postage prepaid, addressed to the following persons:

>PETER LENDWAY
>Plaintiff *pro se*
>215 W. Central Drive
>Braham, MN 55006

                                    /s/   Pat S. Genis
                                    PAT S. GENIS, #446244