IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER LENDWAY ) | |
| ) | |
| Plaintiff, ) | No. 1:05-cv-1963 (RMC) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Having considered the United States' motion to vacate entry of default, opposition to plaintiff's motion for preliminary injunction and for entry of injunction, response to the Court's show-cause order, and motion to dismiss, and any opposition thereto, and the entire record in this matter, it is

ORDERED that the United States' motion to vacate entry of default be and is GRANTED;

ORDERED that the entry of default against the United States entered on May 3, 2006, be and is VACATED;

ORDERED that plaintiff's motion for preliminary injunction is DENIED;

ORDERED that plaintiff's motion for entry of injunction is DENIED; and further

ORDERED that the complaint is DISMISSED.

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

PETER LENDWAY
Plaintiff *pro se*
215 W. Central Drive
Braham, MN 55006

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the United States' proposed ORDER was served on May 18, 2006 by First-Class Mail, postage prepaid, addressed to the following persons:

>PETER LENDWAY
>Plaintiff *pro se*
>215 W. Central Drive
>Braham, MN 55006

>/s/   Pat S. Genis
>PAT S. GENIS, #446244