UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **PETER LENDWAY,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1963 (RMC) |
| **UNITED STATES,** | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Plaintiff, proceeding *pro se*, filed a complaint in this matter on October 3, 2005, and moved for a preliminary injunction on November 30, 2005. Defendant having been served but having failed to answer or otherwise respond in the time prescribed, the Clerk, on Plaintiff's motion, entered default as to Defendant on May 3, 2006. In the meantime, on February 13, 2006, the Court ordered Defendant to show cause why a preliminary injunction should not issue. Defendants, finally spurred to action, on May 19, 2006, filed an omnibus Motion to Vacate Entry of Default, Opposition to Plaintiff's Motion for Preliminary Injunction, Response to the Court's Show-Cause Order, and Motion to Dismiss Complaint [Dkt. #11] that is now before the Court.

Plaintiff Peter Lendway is advised of the following. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin

11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is hereby

**ORDERED** that the Court's February 13, 2006, Order to Show Cause [Dkt. #5] is **DISCHARGED**; and it is

**FURTHER ORDERED** that Mr. Lendway shall respond to Defendant's Motion to Vacate Entry of Default, Opposition to Plaintiff's Motion for Preliminary Injunction, Response to the Court's Show-Cause Order, and Motion to Dismiss Complaint [Dkt. #11] by **July 14, 2006**. If he does not respond by that date, the Court will treat the motions as conceded, and will set aside the Clerk's entry of default and may dismiss the case.

**SO ORDERED**.

Signed: June 14, 2006
                                              /s/
                                              ROSEMARY M. COLLYER
                                              United States District Judge