UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER LENDWAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1963 (RMC) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that the Government's Motion to Vacate Entry of Default [Dkt. #11] is **GRANTED**; and it is

**FURTHER ORDERED** that the Clerk's entry of default [Dkt. #8] is **VACATED**; and it is

**FURTHER ORDERED** that the Government's Motion to Dismiss [Dkt. #17] is **GRANTED** in part and **DENIED** without prejudice in part; and it is

**FURTHER ORDERED** that Plaintiff's Application for Preliminary Injunction [Dkt. #4] and Request for Entry of Preliminary Injunction [Dkt. #6] are **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff shall have one additional month to perfect service of process pursuant to Federal Rule of Civil Procedure 4. Accordingly, no later than **September 25, 2006**, Plaintiff shall either (1) file with the Court proof that Defendant has been

properly served with a summons and complaint, or (2) provide the Court with a written explanation for why service of process has not been completed.  If Plaintiff fails to comply with this Order, or if the Court determines that Plaintiff has not shown good cause for failure to comply with Rule 4(m), the complaint will be dismissed without prejudice; and it is

**FURTHER ORDERED** that, no later than **September 25, 2006**, Plaintiff shall **SHOW CAUSE** why this matter should not be dismissed for failure to exhaust administrative remedies.  In doing so, Plaintiff must specifically (1) explain how he has exhausted his administrative remedies as required by 26 U.S.C. § 7433(d)(1) and 26 C.F.R. § 301.7433-1(a), (e); and (2) explain how he exhausted his administrative remedies by filing a claim for a tax refund or credit as required by 26 U.S.C. § 7422(a) and its implementing regulations.  Plaintiff must specifically include his taxpayer identification number, the dates of his purported attempts to exhaust, the basis and dollar amounts of those claims, and evidence that he paid any tax assessments in full.  Plaintiff must also attach all documentation reflecting the filing of any such administrative claim.  If Plaintiff fails to comply with this Order in a timely manner, the Court will dismiss the matter without prejudice.  There will be no continuances of this deadline.

**SO ORDERED**.

Date: August 23, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge